[No. 11305.　Department Two.　January 27, 1916.]

NORTHERN PACIFIC RAILWAY COMPANY, *Respondent*, v. W. R. TUTTLE, *Appellant.*[1]

Appeal from a judgment of the superior court for Spokane county, Pendergast, J., entered March 15, 1912, in favor of the plaintiff, in an action to quiet title, tried to the court.　Affirmed.

*Harris Baldwin*, for appellant.

*Edward J. Cannon* and *Cannon, Ferris & Swan*, for respondent.

PER CURIAM.—This case presents the same legal question involving the right of adverse possession of respondent's right of way as presented in *Northern-Pac. R. Co. v. Concannon*, 239 U. S. 382.　The question being a Federal one, the cited case is controlling.

Judgment affirmed.

[1]Reported in 154 Pac. 796.